IGNACI JAKUBOSKI, Appellant, v. MATSON NAVIGATION Co. et al., Respondents. — On reargument of the appeal in this case (264 App. Div. 735) the order, dated February 2, 1942, is reversed on the law, without costs, defendants' motion to compel plaintiff to serve a reply to the fifth and sixth affirmative defenses contained in the amended answer is denied, without costs, and plaintiff's motion to strike out the fifth and sixth affirmative defenses contained in the amended answer is granted, without costs. (*Ricciardi* v. *American Export Lines*, 268 App. Div. 606, affd. 294 N. Y. 812.) The pleadings will be deemed to be amended accordingly. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur. [See *ante*, p. 672.] [See *post*, p. 941.]

IGNACI JAKUBOSKI, Respondent, v. MATSON NAVIGATION Co. et al., Appellants.— On reargument of the appeal in this case (265 App. Div. 859) the order dated June 15, 1942, is modified on the law by striking out the first ordering paragraph; and by striking out the word " other " from the second ordering paragraph. As so modified, the order is affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur. [See *ante*, p. 672.] [See *post*, p. 941.]

SYLVIA PACE et al., Respondents, v. SPOTLESS STORES, INC., Appellant, et al., Defendants.— Action by plaintiff wife to recover damages for personal injuries claimed to have been sustained by her as the result of the appellant's negligence in the operation of an automobile; and by plaintiff husband for expenses and loss of services. Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, unless within ten days after the entry of the order hereon, plaintiffs stipulate to reduce the verdict of the wife to the sum of $1,000, and the verdict of the husband to the sum of $250, in which event the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion the amount of the verdict is excessive. Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Appellant.— Defendant appeals from the judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting it of a violation of section 183 of the Sanitary Code of the City of New York (causing, permitting and maintaining a nuisance). Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL SALDINGER, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of violating subdivision 1 of section 65 of the Alcoholic Beverage Control Law (selling an alcoholic beverage to a person under the age of eighteen years), reversed on the law, the information dismissed and the fine remitted. The testimony offered on behalf of the People was so vague, inconsistent and contradictory that it failed to establish the guilt of the defendant beyond a reasonable doubt. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY M. SHAW, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of assault in the third degree, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.